IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| IO Group, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Shoshana Pofelis, | ) | |
| | ) | |
| Defendant. | ) | Miscellaneous Case No. 6:11-MC-001-C |

# **ORDER**

Came on for consideration the following motions filed by Shoshana Pofelis, appearing pro se, on January 7, 2011:

(1) Motion to Quash and/or Vacate Subpoena and Incorporated Memorandum of Law;

(2) Motion to Dismiss for Lack of Personal Jurisdiction and Incorporated Memorandum of Law; and

(3) Motion for Protective Order,

together with an Affidavit in Support of Motions to Dismiss, Motion to Quash, and General Defenses.

The motions and the affidavit do not contain certificates of service, as required by the Federal Rules of Civil Procedure, and the Motion to Quash and/or Vacate Subpoena and Motion for Protective Order do not contain certificates of conference, as required by Local Rules 7.1(a), (b), and (h).

IT IS, THEREFORE, ORDERED that the motions are **DENIED** and the above-styled and -numbered miscellaneous case is **CLOSED**.

Dated January 10, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE